THOMAS P. O'BRIEN
United States Attorney
LEON W. WEIDMAN
Assistant United States Attorney
Chief, Civil Division
JEAN M. TURK, CSBN 131517
Special Assistant United States Attorney
    333 Market Street, Suite 1500
    San Francisco, CA  94105
    Telephone: (415) 977-8935
    Facsimile: (415) 744-0134
    E-Mail: jean.turk@ssa.gov

JS - 6

Attorneys for Defendant

IN THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| MICHAEL L. MOORE,<br>        Plaintiff,<br>vs.<br>MICHAEL J. ASTRUE,<br>Commissioner of<br>Social Security<br>        Defendant. | NO. 2:08-CV-8008 VBK<br><br>**JUDGMENT OF REMAND** |

    The Court having approved the parties' Stipulation to Voluntary Remand Pursuant to Sentence 4 of 42 U.S.C. § 405(g) and to Entry of Judgment ("Stipulation for Remand") lodged concurrent with the lodging of the within Judgment of Remand, IT IS HEREBY ORDERED, ADJUDGED AND DECREED that the above-captioned action is remanded to the Commissioner of Social Security for further proceedings consistent with the Stipulation for Remand.

DATED: _July 29, 2009__
                                _____/s/_____
                                HON. VICTOR B. KENTON
                                UNITED STATES MAGISTRATE JUDGE